William McLaren, an Infant, by Luke D. Stapleton, His Guardian ad Litem, Respondent, v. Franklin Trust Company, Appellant, Impleaded with Philip J. McLaren and the Brooklyn Heights Railroad Company, Respondents.— Judgment and order amending the judgment unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ.

Mary Miller, Respondent, v. New York and Queens County Railway Company, Appellant.— Judgment and order of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor and Miller, JJ.

Johanna O'Mara and Patrick H. Scott, as Administrators, etc., of Michael O'Mara, Deceased, Appellants, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Elsa C. Polhemus, Respondent, v. Horace G. Polhemus and Others, Appellants.— Appeal dismissed, without costs. (See Polhemus v. Polhemus, 114 App. Div. 781, decided herewith). Hirschberg, P. J., Woodward, Jenks and Rich, JJ., concurred.

Winifred Pollock, an Infant, by William L. Pollock, Her Guardian ad Litem, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Hooker, Rich and Miller, JJ., concurred; Jenks, J., dissented.

The People of the State of New York ex rel. Frederic White Shepard, Respondent, v. William B. Ellison, as Commissioner of Water Supply, Gas and Electricity of the City of New York, Appellant.— Final order affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ., concurred.

Aida T. Rhodes, Respondent, v. The Sperry & Hutchinson Company, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Samuel Rosenberg, Respondent, v. Agnes F. Haggerty and Others, Appellants.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Hooker and Gaynor, JJ., concurred.

John Scheel, an Infant, by Henry Scheel, His Guardian ad Litem, Appellant, v. Mutual Milk and Cream Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Jenks, Gaynor and Rich, JJ., concurred; Woodward and Hooker, JJ., dissented.

Lewis W. Seaman, Jr., Respondent, v. John Gibb and Others, Appellants.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ., concurred.

Anna Seitz, Respondent, v. The Brooklyn Heights Railroad Company, Appellant. — Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that there is no preponderance of evidence in favor of the plaintiff on the question of the defendant's negligence. Hirschberg, P. J., Woodward, Hooker and Gaynor, JJ., concurred.

William Shefts, Respondent, v. Annie Ottens, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

James Sloan, Respondent, v. Grace F. Beard, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Rich and Miller, JJ., concurred.

Walter Smith, an Infant, by Joseph Smith, His Guardian ad Litem, Respondent, v. Stephen A. Peene and William H. Davidson, Appellants.— Judgment and order of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor and Miller, JJ.

Joseph R. Solomons, Appellant, v. Frank W. Boyer, Respondent.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Hooker and Gaynor, JJ.

Henry Sonnenstrahl and Abraham Sonnenstrahl, Copartners, etc., Respondents, v. William H. Schwettmann, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor and Miller, JJ., concurred.

John T. Sprague, Respondent, v. The City of New York and The Department of Health of the City of New York, Appellants.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Hooker, Rich and Miller, J., concurred.